JANE SOUZA,                        * IN THE

    Plaintiff                  * UNITED STATES

    v.                         * DISTRICT COURT

ADVANTAGE AUTOBODY, INC.,          * FOR THE DISTRICT
  et al.
                                   * OF MARYLAND

    Defendants
                                     * Civil Action No. CCB 98-3751

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### CONSENT ORDER

Pursuant to the settlement agreement of the parties in this action and with the consent of the parties, which is indicated by their signatures at the foot of this Order, it is this 30th day of September, 1999, by the United States District Court for the District of Maryland

ORDERED that judgment be and it is hereby entered in favor of Jane Souza, plaintiff, and against Advantage Autobody, Inc. and Kelly S. Wolford, defendants, jointly and severally, in the amount of Seventeen Thousand Five Hundred Dollars ($17,500.00).

Date: 9/30/99                    _____
                                                  Catherine C. Blake
                                                  United States District Judge

The undersigned hereby consent

LAW OFFICES
STRITE & SCHILDT
A PROFESSIONAL ASSOCIATION
138 WEST WASHINGTON STREET
HAGERSTOWN, MD 21740

to entry of the above Order:

Advantage Autobody, Inc.

By: _____
    Kelly S. Wolford
    President


_____
Kelly S. Wolford, Individually


NOTE:

I feel this ordeal is very unfair, I do not feel that justice has been served. This Particular <u>Grey</u> area of law, needs to be Perfected in Great Detail, for 13 years as an American School child, I Said the "Pledge of Allegiance" in that the Key Words "Justice for all". I now as an adult see that did not exist as being an Employer, which Pays alot more Taxes than an ordinary Employee/Citizen. I don't understand why?

2