UNITED STATES DISTRICT COURT OF MARYLAND
                                              city/county
Located at 101 W. Lombard St., Baltimore, MD 21201    Case No. CCB98-3751

| | | |
|---|---|---|
| Jae Souza | Farmers and Mechanics Bank and Home Federal Savings Bank, A Division of Farmers & Mechanics Bank P.O. Box 518 Frederick, MD 21705 | |
| Plaintiff | Garnishee | Defendant |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 27 P 12: 28

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

## REQUEST FOR JUDGMENT -- GARNISHMENT
### [3-645 (g)]

A Writ of Garnishment having been issued in the above captioned action and (1) 30 days having passed since service of the Writ, (2) a timely answer having been filed by the Garnishee, and (3) if this Request is filed by a party other than the Judgment Creditor, at least 30 days have passed since the filing of the answer:

[ ]   It is requested that a judgment be entered in favor of the Judgment Creditor against Garnishee, in the amount of the Defendant's assets confessed plus any amount that has come into the hands of the Garnishee after service of the writ and before the date of this Order, this being the lesser of (1) the amount of assets of the Judgment Debtor confessed by the Garnishee or (2) the amount of the Creditor's judgment against the Debtor and enforcement costs.

[X]   It is requested that a judgment be entered in favor of the Garnishee terminating the Garnishment, the Garnishee's timely answer having denied indebtedness to the Judgment Debtor or possession of property of the Debtor.

_____
Gordon M. Cooley
Attorney for Garnishee
P. O. Box 518
Frederick, MD 21705
(301) 694-4171

### CERTIFICATE OF SERVICE

I certify that I served a copy of this Request upon the following party or parties by mailing first class mail, postage prepaid, on __12/13/01__ to:

| | |
|---|---|
| Laura Clinigan | Kelly S. Wolford |
| 408 W. King St. | 500 Frederick St. |
| Martinsburg, WV 25401 | Hagerstown, MD 21740 |

12/13/01                          _____
Date                              Gordon M. Cooley

### ORDER OF COURT

The above Request having been considered it is hereby ordered that:

[ ]   Judgment is entered in favor of the Judgment creditor in the amount of the Defendant's assets confessed plus any amount that has come into the hands of the Garnishee after service of the writ and before the date of this Order not to exceed, however, the amount owed under the Plaintiff's judgment against the Defendant. Garnishee shall pay over such amount to the Judgment Creditor or deliver garnished property to the Sheriff/Constable and Plaintiff, upon receipt of the amount herein described, shall file an Order of Satisfaction pursuant to Rule 3-645(k)(1).

[X]   Judgment is entered in favor of the Garnishee terminating the Garnishment.

12/27/01                          _____
Date                              Judge

copies to:
DC/CV 62 (Rev. 3/85)
(This form replaces CV 66.)       REQUEST FOR JUDGMENT – GARNISHMENT